**01–240. State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 99AP–855. On motion to dismiss by Industrial Commission of Ohio and Bureau of Workers' Compensation. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–336. Nash v. Money.**
In Habeas Corpus. On petition for writ of habeas corpus by Timothy M. Nash. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–364. Nash v. Money.**
In Habeas Corpus. On petition for writ of habeas corpus by Timothy M. Nash and request for findings of fact and conclusions of law. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–383. Corley v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus by Michael E. Corley. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–399. Gilliam v. Leonard.**
In Habeas Corpus. On petition for writ of habeas corpus by Edward Gilliam. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

